**Ramon Charles CHAPMAN,**
**Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, DE-**
**PARTMENT OF CORRECTIONS,**
**Defendant—Appellee.**

No. 11–7431.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 3, 2012.

Ramon Charles Chapman, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramon Charles Chapman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(2) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Chapman's informal brief does not challenge the basis for the district court's disposition, Chapman has forfeited appellate review of the court's order. Ac-

cordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*